Jeffrey T. Hammerschmidt, #131113
**HAMMERSCHMIDT LAW CORPORATION**
2445 Capitol Street, Suite 215
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Valerie S. Amsterdam, NYS #1049881
**LAW OFFICES OF VALERIE AMSTERDAM**
1220 Park Avenue
New York, New York 10128
Tel: (917) 846-1169

Attorneys for Defendant, DAVID HARDCASTLE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID HARDCASTLE,<br><br>Defendant. | Case No.: 1:26-cr-00030-JLT-SAB-1<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING.** |

Defendant David Hardcastle., by and through his counsel of record, Jeffrey T. Hammerschmidt and Valerie Amsterdam, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, the Sentencing in 1:26-cr-00030-JLT-SAB-1 was set for October 19, 2026.
2. By this stipulation, the parties now move to continue the Sentencing to December 7, 2026.
3. The parties agree to continue the Sentencing to December 7, 2026, on the condition that the defense will not seek any further continuances.

4. The parties are requesting a continuance so that the defense may have additional time to review and consider information related to the loss amount and guideline calculations in the draft PSR.
5. Time shall be excluded from October 19, 2026, through December 7, 2026, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. Section 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: October 5, 2026

/s/ Jeff Hammerschmidt
JEFFREY T. HAMMERSCHMIDT
Attorney for David Hardcastle

Dated: October 5, 2026

/s/ Valerie Amsterdam
VALERIE AMSTERDAM
Attorney for David Hardcastle

Dated: October 5, 2026

/s/ Joseph Barton
Joseph Barton
Assistant United States Attorney

**ORDER**

IT IS ORDERED that the Sentencing on 1:26-cr-00030-JLT-SAB-1 be **CONTINUED** to **December 7, 2026.**

IT IS SO ORDERED.

Dated: October 7, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE